IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BILLY SHANE PACKER, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO. 7:08-CV-163 (HL) |
| J. DARRELL HART, *et al.*, | : | |
| Defendants | : | **ORDER** |

Plaintiff **BILLY SHANE PACKER**, a prisoner at Baldwin State Prison in Hardwick, Georgia, filed his original *pro se* complaint under 42 U.S.C. § 1983 in this Court on December 30, 2008.

On January 8, 2009, the Court ordered plaintiff to supplement his complaint. The Court gave plaintiff until January 22, 2009 to supplement the complaint and explained to him that if he failed to respond to the January 8, 2009 Order in a timely manner, his action would be dismissed.

Plaintiff has failed to supplement his complaint as ordered, or to otherwise explain his inability to comply with the Court's Order. Because of his failure to comply with the Court's instructions, plaintiff's action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 30th day of January, 2009.

*s/   Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb